# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA J. GABRIELE,<br>    Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:10-CV-24-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the Memorandum and Recommendations [D.E. 61]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 53] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 57] is GRANTED, and Defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **APRIL 22, 2011,** WITH A COPY TO:

Michael A. Haar (via CM/ECF Notice of Electronic Filing)

Paula J. Gabriele, pro se (via US Postal Service to 8 Conch Lane, Wrightsville, Beach, NC 28480)

April 22, 2011                                            DENNIS P. IAVARONE, Clerk
Date                                                            Eastern District of North Carolina

                                                                         /s/Debby Sawyer
                                                                         (By) Deputy Clerk

Raleigh, North Carolina